DECISIONS PER CURIAM, FROM OCTOBER 9, 1916, TO FEBRUARY 5, 1917, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 67. The Hart Steel Company et al., Petitioners, *v.* The Railroad Supply Company; and

No. 95. The Railroad Supply Company, Petitioner, *v.* Elyria Iron & Steel Company. Motion to pass submitted October 9, 1916. Decided October 16, 1916. *Per Curiam.* No ground is stated to support the motion to pass these cases other than the fact that the continuance asked for is assented to by the counsel for both parties. But as the cases were called last term and this is therefore the second term at which they are subject to call, under Rule 19 the mere consent of counsel without otherwise adequate showing is insufficient to justify the granting of the motion to pass and it is therefore denied, without prejudice, however, to the right to renew the same upon the making of a proper showing. *Mr. Frank F. Reed, Mr. Francis M. Phelps, Mr. Edward S. Rogers* and *Mr. Frederick P. Fish* for The Hart Steel Company *et al. Mr. Taylor E. Brown, Mr. C. C. Linthicum* and *Mr. Clarence E. Mehlhope* for The Railroad Supply Company.

---

No. ——. Original. *Ex parte:* In the Matter of Clair D. Vallette and Alfred B. Quinton, Petitioners. Submitted October 9, 1916. Decided October 16, 1916. Petition for a hearing on motion for leave to file bill of complaint in the name of The United States *v.* The State of Florida denied. *Mr. Alfred B. Quinton* and *Mr. Clair D. Vallette* for the petitioners.